FRANCIS TIMONEY, Respondent, *v.* CORNELIUS CALLAHAN, Appellant.

(Argued April 27, 1882 ; decided May 5, 1882.)

*Benj. F. Smith* for appellant.

*Francis Larkin* for respondent.

Agree to affirm. No opinion.
All concur, except MILLER, J., absent.
Judgment affirmed.